1

2

3

4

5        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF WASHINGTON
6

7   ALEXANDER MURDOCH, an              )
    individual, and JULIAN             )
8   MURDOCH, an individual,            )
                                       )     NO. CV-08-3057-LRS
9        Plaintiffs,                   )
                                       )
10                                     )   **ORDER GRANTING**
    v.                                 )   **MOTION FOR SANCTIONS,**
11                                     )   *INTER ALIA*
    KELLY EDGAR,                       )
12                                     )
         Defendant.                    )
13  _____ )

14       **BEFORE THE COURT** is the Plaintiffs' "Motion For Sanctions Pursuant

15  To FRCP 37(b)(2)(A)."  (Ct. Rec. 17).

16       Good cause appearing, the Defendant having filed no response to the

17  motion, and the Defendant having not disputed that he did not comply with this

18  court's February 27, 2009 "Order Granting Motion To Compel" (Ct. Rec. 16),

19  Plaintiffs' Motion For Sanctions (Ct. Rec. 17) is **GRANTED**.

20       In the "Order Granting Motion To Compel," Defendant was expressly

21  cautioned that failure to comply with that order might result in the imposition of

22  one or more of the sanctions specified in Fed. R. Civ. P. 37(b)(2)(A), including

23  default judgment.  The entry of default judgment is appropriate, not only for

24  Defendant's failure to comply with the "Order Granting Motion To Compel," but

25  also because it is apparent that he has no intention of defending against this

26  lawsuit as evidenced by his failure to respond to the Plaintiffs' Motion For

27  Sanctions, as well as his failure to respond to the Plaintiffs' Motion For Summary

28

**ORDER GRANTING**
**MOTION FOR SANCTIONS-        1**

1  Judgment (Ct. Rec. 22).  Furthermore, the damages sought by the Plaintiffs

2  represent a sum certain and therefore, entry of default judgment by the District

3  Executive is proper pursuant to Fed. R. Civ. P. 55(b)(1).

4      **The District Executive is directed to enter a default judgment in favor**

5  **of the Plaintiffs and against the Defendant in the sum of $443,772.00,**

6  **consisting of the principal sum of $413,325.00, plus Plaintiffs' fees and costs**

7  **in the sum of $30,447.00.**

8      Plaintiff's Motion For Summary Judgment (Ct. Rec. 22) is **DISMISSED as**

9  **being moot** due to the entry of default judgment as a sanction for Defendant's

10  failure to comply with the "Order Granting Motion To Compel."

11      **IT IS SO ORDERED.**  The District Court Executive is directed to enter

12  this order and to provide copies to counsel for Plaintiffs, and to the Defendant.  The

13  District Executive shall **CLOSE** this file.

14      **DATED** this ___12th___ day of May, 2009.

15

16                     *s/Lonny R. Suko*

                  _____

17                     LONNY R. SUKO
                   United States District Judge

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING
MOTION FOR SANCTIONS-       2**