# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PLAINTIFF,

Murdoch, et al

\*\*\*DEFAULT\*\*\*
JUDGMENT IN A CIVIL CASE

v.

DEFENDANT,

CASE NUMBER: CV-08-3057-LRS

Kelly Edgar

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiffs' Motion For Sanctions (Ct. Rec. 17) is GRANTED. default judgment in favor of the Plaintiffs and against the Defendant in the sum of $443,772.00, consisting of the principal sum of $413,325.00, plus Plaintiffs' fees and costs in the sum of $30,447.00.

May 12, 2009
Date

JAMES R. LARSEN
Clerk
s/ Vikki Johnson
(By) Deputy Clerk
Vikki Johnson